PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Daiquan Givins        Cr.: 21-00624-001
       PACTS #: 7318541

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/28/2022

Original Offense:    Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(C)

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition

Type of Supervision: Probation                              Date Supervision Commenced: 02/28/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance.** |
| | On April 6, 2022, and April 27, 2022, a home visit was conducted at the residence of the individual under supervision. He was drug tested and was positive for marijuana. |

U.S. Probation Officer Action:

Mr. Givens was verbally reprimanded for using Marijuana. When questioned about his drug use, he stated that he uses marijuana to deal with stress and anxiety. He added that will stop using marijuana and is receptive to treatment. Mr. Givens will be recommended to Oaks Integrate Care for a Mental health evaluation/treatment. His marijuana use will also be assessed during treatment. We will continue to monitor his noncompliance and notify Your honor of any additional noncompliance.

Prob 12A – page 2
Daiquan Givins

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*                    04/28/2022

KEVIN M. VILLA             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

4/28/22
_____
Date